IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 15-cv-00065-CMA-KMT

CHRISTY ANSTETT,

  Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

  Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice (Doc. # 26), and pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court, being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that the Amended Complaint and each claim for relief is dismissed with prejudice against Aetna Life Insurance Company and Performance Food Group, Inc., each party to pay their own costs and attorneys' fees.

DATED: June 23, 2015

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Court Judge